July 17, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

EQUITABLE INVESTORS OF TEXAS, LLC, GARY SHEAGLY, 2801 ARCHERWOOD, INC., IRWIN KERBER, CASEY KEY, LLC, BERNARD LAVES, COTTONWOOD PLAZA, LLC, WALTER HORIKOSHI, KENNETH AND SUE CLEMMONS, JAMES GREY ENERGY, LLC, AND MCHAEUSZER GAS & OIL, LLC, Appellants

NO. 14-14-00354-CV            V.

NOXXE OIL AND GAS, INC., WESTERN ENERGY GROUP, LLC AND STEVEN SHAFER, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on February 4, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Equitable Investors of Texas, LLC, Gary Sheagly, 2801 Archerwood, Inc., Irwin Kerber, Casey Key, LLC, Bernard Laves, Cottonwood Plaza, LLC, Walter Horikoshi, Kenneth and Sue Clemmons, James Grey Energy, LLC, and McHaeuszer Gas & Oil, LLC.

We further order this decision certified below for observance.